UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2009 SEP 16 PM 4: 50

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CINDY HARRINGTON

CASE NO.  6:09-cr-180-OrL-31KRS
18 U.S.C. § 641
18 U.S.C. § 1001
18 U.S.C. § 1920
18 U.S.C. § 981(a)(1) (C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about June 2005, and continuing through in or about September 2009, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, did knowingly and willfully steal, embezzle, purloin and convert to her own use, more than $1,000.00, with the intent to deprive the owner of the use and benefit of the property so taken, said funds being the property of the United States Postal Service and of the United States of America.

All in violation of Title 18, United States Code, Section 641.

### COUNT TWO

On or about October 26, 2005, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in a matter within the jurisdiction of the executive branch of the

Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT THREE

On or about October 26, 2005, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

### CINDY HARRINGTON

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT FOUR

On or about December 23, 2005, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT FIVE

On or about December 23, 2005, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any

3

personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT SIX

On or about January 9, 2006, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

### CINDY HARRINGTON

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT SEVEN

On or about January 9, 2006, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

### CINDY HARRINGTON

the defendant herein, in connection with the application for and receipt of disability

compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT EIGHT

On or about January 23, 2006, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

## CINDY HARRINGTON

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT NINE

On or about January 23, 2006, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT TEN

On or about March 1, 2006, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious, and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be

submitted, an EN 1032 form on which she failed to list any personal employment or income from her employment and failed to report any improvement in her medical condition, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT ELEVEN

On or about March 1, 2006, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

## CINDY HARRINGTON

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, an EN 1032 form on which she failed to list any personal employment or income from her employment and failed to report any improvement in her medical condition, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT TWELVE

On or about October 9, 2007, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

## CINDY HARRINGTON

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, an EN 1032 form on which she failed to list any personal employment or income from her employment and failed to report any improvement in her medical condition, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT THIRTEEN

On or about October 9, 2007, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

## CINDY HARRINGTON

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, an EN 1032 form on which she failed to list any personal employment or income from her employment and failed to report any

improvement in her medical condition, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT FOURTEEN

On or about February 28, 2008, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

## CINDY HARRINGTON

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT FIFTEEN

On or about February 28, 2008, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, a CA-7 form on which she failed to list any personal employment or income from her employment, whereas at the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## COUNT SIXTEEN

On or about October 10, 2008, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**CINDY HARRINGTON**

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make and cause to be made a materially false, fictitious and fraudulent statement and representation to the Department of Labor, then acting to administer disability benefits on behalf of the United States Postal Service, in that the defendant signed, submitted, and caused to be submitted, an EN 1032 form on which she failed to list any personal employment or income from her employment and failed to report any improvement in her medical

condition, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 1001.

## COUNT SEVENTEEN

On or about October 10, 2008, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

## CINDY HARRINGTON

the defendant herein, in connection with the application for and receipt of disability compensation and benefits under Title 5, United States Code, Chapter 81, Subchapters I and III, did knowingly and willfully falsify, conceal and cover up a material fact, and make a false, fictitious and fraudulent statement, in that the defendant signed, submitted, and caused to be submitted, an EN 1032 form on which she failed to list any personal employment or income from her employment and failed to report any improvement in her medical condition, whereas, as the defendant then and there well knew and believed, said statement was false, fictitious and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.00.

All in violation of Title 18, United States Code, Section 1920.

## FORFEITURES

The allegations contained in Count One of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

11

1.     From her engagement in any or all of the violations alleged in Count One of this indictment, in violation of Title 18, United States Code, Section 641, defendant

**CINDY HARRINGTON**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, including, but not limited to, a sum of money equal to $183,247.32 in United States currency, which represents proceeds constituting or derived from such offense.

2.     If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
J. Bishop Ravenel
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CINDY HARRINGTON

## INDICTMENT

Violations:

18 U.S.C. § 641
18 U.S.C. § 1001
~~18 U.S.C. § 1920~~

A true bill,

_____
Foreperson

Filed in open court this 16th day of September, 2009.

_____
Clerk

Bail $_____