UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

-vs-                                            CASE NO. 6:09-cr-180-Orl-31KRS

**CINDY HARRINGTON,**
    **Defendant.**
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **AARON BATES** and enters this Notice of Appearance as counsel of record for the Defendant, **CINDY HARRINGTON.**

DATED this 24th day of March 2010.

S/Aaron Bates
**Aaron Bates**
Florida Bar No. 011749
Bates Mokwa, PLLC
126 East Jefferson Street
Orlando, Florida 32801
Telephone: 407-893-3776
Facsimile: 407-893-3779
E-mail: abates@batesmokwa.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

J. Bishop Ravenel
**Assistant United States Attorney**

/s/Aaron Bates
Attorney