# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              Case No. 6:09-cr-180-Orl-31KRS

**CINDY HARRINGTON**

---

## PRELIMINARY ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Forfeiture Money Judgment (Doc. 71). No response has been filed. The Court, being fully advised in the premises, finds as follows:

1. That as a result of Cindy Harrington's theft or conversion of U.S. government money, in violation of 18 U.S.C. § 641, as alleged in the Indictment (Doc. 1) and for which she pled guilty, $183,247.32 in proceeds were obtained from the Department of Labor, Office of Worker's Compensation Programs; and

2. That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461(c), and Fed.R.Crim.P. 32.2(b)(2), the United States is entitled to a forfeiture money judgment[1] in the amount of $183.247.32 against the Defendant, Cindy Harrington.

Accordingly, it is hereby

**ORDERED** that the United States' motion is hereby **GRANTED**. And it is further

---

[1] Pursuant to Fed.R.Crim.P. 32.2.(b)(4), this preliminary order will become final at sentencing (or earlier, if the Defendant consents) and must be included, directly or by reference, in the judgment.

**ORDERED** that Defendant Cindy Harrington is liable to the United States of America for a forfeiture money judgment in the amount of $183.247.32 pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461(c), and Fed.R.Crim.P. 32.2(b)(2).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 17, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
CINDY HARRINGTON